United States District Court
Southern District of Texas
**ENTERED**
June 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **EDGAR DANILO SAENZ PACHECO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01005** |
| | § | |
| **WARDEN,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On June 3, 2026, Respondents submitted an advisory to the Court indicating that Respondents anticipate removing Petitioner Edgar Danilo Saenz Pacheco to Honduras on June 10, 2026. (Dkt. 7 at 1–2.) Respondents are **ORDERED** to submit an advisory to the Court indicating whether Petitioner is subject to a final order of removal and, if so, provide the Court with a copy of Petitioner's final order of removal by **June 5, 2026 at 5 PM Central Standard Time.**

IT IS SO ORDERED.

SIGNED this June 4, 2026.

Diana Saldaña
United States District Judge

1 / 1