United States District Court
Southern District of Texas

**ENTERED**
July 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **EDGAR DANILO SAENZ PACHECO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01005** |
| | § | |
| **WARDEN,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Petitioner Edgar Danilo Saenz Pacheco's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS). The Court ordered Respondents to show cause and respond to Petitioner's Petition, and Respondents filed a timely Response and Motion for Summary Judgment, arguing that the Petition be denied because Petitioner is subject to a final order of removal and is lawfully detained under 8 U.S.C. § 1231. (Dkts. 5, 11.) Petitioner later filed a Notice of Non-Opposition, indicating that Petitioner is not opposed to Respondents' Motion for Summary Judgment, and confirming that Petitioner is now subject to a final order of removal and is lawfully detained under 8 U.S.C. § 1231. (Dkt. 12.)

Given there is no genuine dispute of material fact, and the Parties agree that Petitioner is lawfully detained subject to 8 U.S.C. § 1231, Respondents' Motion for Summary Judgment, (Dkt. 11), is **GRANTED**. *See* Fed. R. Civ. P. 56(a). Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is hereby **DIRECTED** to **TERMINATE** the case. The Court will enter final judgment separately pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

SIGNED this July 13, 2026.

Diana Saldaña
United States District Judge

2 / 2